

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Bilal  Burki, Individually and d/b/a Sheila Burki Wedding Décor
and/or Sheila Burki Designs, LLC. v. Janette D.  Dansby

Appellate case number:   01-22-00044-CV, 01-22-00046-CV

Trial court case number:  21-DCV-289522, 19-DCV-265591

Trial court:            268th District Court of Fort Bend County

Appellee, Janette D. Dansby, filed an Unopposed Motion to Consolidate Appeals, seeking to consolidate appeal No. 01-22-00044-CV with appeal No. 01-22-00046-CV.  The motion is **denied**.  The parties are not prohibited from filing a single appellants' brief and a single appellee's brief listing the two appellate cause numbers and addressing the facts and issues related to both appeals.

It is so ORDERED.

Judge's signature: _____/s/Julie Countiss_____
                             Acting individually


Date:  April 12, 2022